**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of May, two thousand twenty-three,

Marc T. Carrier,

    Plaintiff - Appellant,

v.

Fairport Baptist Homes Caring Ministries,

    Defendant - Appellee.

**ORDER**
Docket Number: 23-368

A notice of appeal was filed on March 15, 2023. The Appellant's Acknowledgment and Notice of Appearance Form due March 31, 2023 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 22, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/27/2023